UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Chapter 11 |
| MERIDIAN REAL ESTATE DEVELOPERS, INC., | 13-45704-cec |
| Debtor. |  |

ORDER DISMISSING CASE

Upon the motion (the "Motion") of Meridian Real Estate Developers, Inc. (the "Debtor") dated June 23, 2014, for the entry of an order, pursuant to 11 U.S.C. § 1112(b) to dismiss its Chapter 11 case; the Debtor having provided all of its known creditors and parties in interest with notice of the Motion; no objection to the Motion having been filed pursuant to the terms of the Notice of Motion, due notice of the Motion having been provided; and sufficient grounds for the relief requested having been demonstrated by the Debtor; it is hereby

ORDERED, that the Debtor pay to the United States Trustee the appropriate sum required, if any, pursuant to 28 U.S.C. § 1930, within ten (10) days of the entry of this order and simultaneously provide to the United States Trustee an appropriate affidavit indicating the cash disbursements, if any, for the relevant period; and it is further

ORDERED, that pursuant to 11 U.S.C. § 1112(b), the Debtor's chapter 11 case is dismissed.